# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

      v.

                            Case No.  11-cr-64-02/03-SM

Cezar Iulian Butu and Iulian Dolan,
     Defendants

## O R D E R

Defendant Iulian Dolan has filed an Assented to Motion to Continue the final pretrial conference and trial for 60 days, which motion is granted (document no. 21). Trial has been rescheduled for the March 2012 trial period. Defendant Dolan shall file a waiver of speedy trial rights not later than December 27, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 9, 2012 at 11:30 a.m.

Jury selection will take place on March 20, 2012 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
U.S. District Judge

December 16,   2011

cc:    Michael C. Shklar, Esq.
       Jonathan R. Saxe, Esq.
       Arnold H. Huftalen, AUSA
       U.S. Marshal