UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No. 11-cr-64-02/03-SM

Cezar Iulian Butu and Iulian Dolan,
    Defendants

O R D E R

Defendant Cezar Iulian Butu has filed an Assented to Motion to Continue the final pretrial conference and trial for 30 days, which motion is granted (document no. 24). Trial has been rescheduled for the May 2012 trial period. Defendant Butu shall file a waiver of speedy trial rights not later than March 12, 2012. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 4, 2012 at 10:00 a.m.

Jury selection will take place on May 15, 2012 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
U.S. District Judge

February 29, 2012

cc: Michael C. Shklar, Esq.
Jonathan R. Saxe, Esq.
Arnold H. Huftalen, AUSA
U.S. Marshal
U.S. Probation