UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

                          Case No. 11-cr-64-02/03-SM

<u>Cezar Iulian Butu and Iulian Dolan</u>,
    Defendants

## O R D E R

Defendant Iulian Dolan has filed an Assented to Motion to Continue the final pretrial conference and trial for 90 days, which motion is granted (document no. 30). Defendant Dolan has filed a Waiver of Speedy Trial. Trial has been rescheduled for the August 2012 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 10, 2012 at 10:00 a.m.

Jury selection will take place on August 21, 2012 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
U.S. District Judge

May 3 , 2012

cc: Michael C. Shklar, Esq.
    Jonathan Pendleton, Esq.
    Arnold H. Huftalen, AUSA
    U.S. Marshal
    U.S. Probation