UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

v.                                              Case No. 11-cr-64-01-SM

Adrian Tiberiu Oprea,
    Defendant

O R D E R

Defendant Adrian Tiberiu Opera has filed an assented-to Motion to Continue the final pretrial conference and trial for 30 days to accommodate the scheduling of a change of plea hearing, which motion is granted (document no. 81). Trial has been rescheduled for the May 2013 trial period. Defendant Oprea shall file a waiver of speedy trial rights not later than April 15, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing or, if necessary, a Final Pretrial Conference, is scheduled for May 7, 2013 at 1:30 p.m.

Jury selection will take place on May 21, 2013 at 9:30 a.m.

SO ORDERED.

                                                   Steven J. McAuliffe

April 3, 2013

cc:    Charles Keefe, Esq.
       Arnold H. Huftalen, AUSA
       U.S. Marshal
       U.S. Probation